1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE,<br><br>                Plaintiff,<br><br>      v.<br><br>THE MUNIRS COMPANY dba<br>IHOP #1716; JOE A. and ESTHER<br>L. KOOPMAN FAMILY<br>PARTNERSHIP, a CALIFORNIA<br>LIMITED PARTNERSHIP,<br><br>                Defendants. | No.  2:12-cv-02733-GEB-EFB<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Plaintiff filed a "Notice of Settlement" on December 10, 2014, in which he states: "the aforementioned matter known as McCune v. The Munirs Company, et al., Case No. 2:12-cv-02733-GEB-EFB has been resolved. The parties anticipate filing a Stipulation for Dismissal within eight weeks." (Notice of Settlement, ECF No. 24.)

Therefore, a dispositional document shall be filed no later than February 6, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See E.D. Cal.

1

R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  December 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge